# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:13-cv-20878-KMM

UNIVERSAL GREENS CORP.,
a Florida Corporation d/b/a
UNIVERSAL GREENS and FLOWERS,

      Plaintiff,
vs.

UNIVERSAL FLOWERS, CORP.,
a Florida Corporation d/b/a UNIVERSAL FLOWERS,

      Defendant.
_____/

**JOINT MOTION FOR ENTRY OF STIPULATED CONSENT FINAL JUDGMENT, PERMANENT INJUNCTION, AND ORDER APPROVING SETTLEMENT AGREEMENT**

The Plaintiff UNIVERSAL GREENS CORP. d/b/a UNIVERSAL GREENS AND FLOWERS ("Plaintiff") and Defendant UNIVERSAL FLOWERS, CORP. ("Defendant"), (Plaintiff and Defendant are collectively referred to as the "Parties") move the Court for the entry of a stipulated consent final judgment, a permanent injunction, and an order approving the Settlement Agreement, which is attached hereto as **"Exhibit A,"** on the following grounds and state:

    1.    Plaintiff filed this Civil Action in the United States District Court for the Southern District of Florida, Case No. 13-cv-20878-KMM, asserting that Defendant engaged in trademark infringement, unfair competition, trademark dilution, and seeking a cancellation of Defendant's registration for the use of the service mark "Universal Flowers" pursuant to Section 495.101, Florida Statutes.

2. Defendant has failed to filed an answer or any responsive pleading to the Complaint, and has acknowledged that Plaintiff is the common law owner of the entire right, title and interest in and to Plaintiff's Marks as defined in the Complaint, [D.E. 1]. Defendant also acknowledged that its unauthorized use of Plaintiff's Marks constituted trademark infringement.

3. As a result of such infringement and unauthorized use by Defendant, actual consumer confusion in the flowers and floral greens industry was manifested and made apparent, and further caused consumer confusion by suggesting that Defendant and Plaintiff were one and the same, or that they were affiliated, sponsored by Plaintiff, licensed by Plaintiff, or suggested some other type of connection or association between Defendant and Plaintiff.

4. In furtherance of Defendant's acknowledgements and the manifestations stated above, the Parties prefer to avoid the cost, time and expense of proceeding with the instant action and have entered into the Settlement Agreement.

5. As part of the Settlement Agreement, the Parties have agreed that a Stipulated Consent Final Judgment and Permanent Injunction, in the identical form attached as **"Exhibit B,"** be entered against the Defendant in this action.

WHEREFORE, Plaintiff and Defendant, through their respective undersigned counsel, respectfully request the Court enter a Stipulated Consent Final Judgment and Permanent Injunction and Order Approving Settlement Agreement in the form attached hereto as **Exhibit B.**

*[Signatures on following page]*

Respectfully submitted,

**TEW CARDENAS LLP**
*Counsel for Plaintiff Universal*
 *Greens and Flowers*
The Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131-3407
Telephone: 305.536.1112
Facsimile: 305.536.1116

By: /s/ Jerry J. Campos
   **SPENCER TEW**
   Florida Bar No. 0537071
   st@tewlaw.com
   **JERRY J. CAMPOS**
   Florida Bar No. 084064
   jcampos@tewlaw.com


**ANDERSON LAW GROUP**

/s/ Daniel W. Anderson, Esq.

Daniel W. Anderson, Esq.
Florida Bar No.: 490873
13577 Feather Sound Drive, Suite 670
Clearwater, FL 33762-5532
Telephone: (727) 329-1999
Facsimile: (727) 329-1499
danderson@floridalawpartners.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by the CM/ECF system, which will send a notice of electronic filing, on **May 6, 2013,** on all counsel of record on the Service List below.

           /s/Jerry J. Campos
              Counsel

3

## SERVICE LIST

Daniel W. Anderson, Esq.
13577 Feather Sound Drive, Suite 670
Clearwater, FL 33762-5532
Telephone: (727) 329-1999
Facsimile: (727) 329-1499
danderson@floridalawpartners.com

MIAMI:576066.1

4

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:13-cv-20878-KMM

UNIVERSAL GREENS CORP.,
a Florida Corporation d/b/a
UNIVERSAL GREENS and FLOWERS,

    Plaintiff,

vs.

UNIVERSAL FLOWERS, CORP.,
a Florida Corporation d/b/a UNIVERSAL FLOWERS,

    Defendant.
_____/

## STIPULATED CONSENT FINAL JUDGMENT, PERMANENT INJUNCTION, AND APPROVAL OF SETTLEMENT AGREEMENT

This matter having been brought before the Court by Plaintiff, UNIVERSAL GREENS CORP. d/b/a UNIVERSAL GREENS AND FLOWERS ("Plaintiff"), by and through its attorneys, and by Defendant UNIVERSAL FLOWERS, CORP. ("Defendant"), by and through its attorneys, and the Parties having consented to the terms and conditions set forth in this Order,

IT IS HEREBY ORDERED AND ADJUDGED that,

1. Final Judgment, which is effective immediately, is hereby entered in favor of Plaintiff and against Defendant.

2. Defendant and its employees, officers, agents, servants, members, confederates, affiliates, subsidiaries, independent contractors, successors, assigns and all those who act in concert or participation with it, are hereby permanently enjoined and restrained from:

    a. Directly or indirectly using the designation and service mark UNIVERSAL and/or UNIVERSAL FLOWERS, or any other word or words spelled, arranged,

or pronounced, or confusingly similar to Plaintiff's Mark,[1] whether alone or as a part of a longer or composite identifier, (including but not limited to use in any advertising, invoices, stationery, directory listings, domain names, websites, including Facebook or any other form of social media or similar tool, internet metatags, keywords for internet search engines, post URL or forwarding commands, hyperlinks, and any other electronic and search terms) in commerce in connection with the activities of Defendant, or in the rendering of services or the sale of goods related to those of Plaintiff;

      b.    Otherwise infringing on Plaintiff's Mark;

      c.    Advertising, marketing or selling any product or service in commerce or any internet domain name under the name or mark "UNIVERSAL" or "UNIVERSAL FLOWERS," or any phrases which are spelled, arranged or pronounced similarly to those phrases

      d.    Competing unfairly with Plaintiff through the use of any word, symbol or device that is confusingly similar to Plaintiff's Mark and further diluting and/or infringing all of Plaintiffs' Intellectual Property and damaging Plaintiffs' goodwill and reputation;

      e.    Passing off any of Defendant's goods or services as those of Plaintiff's;

      f.    Engaging in any conduct likely to cause confusion or misunderstanding as to the source or sponsorship of Defendant's goods and/or services;

      g.    Engaging in any conduct that is calculated or likely to cause confusion or misunderstanding as to Defendant's affiliation, connection or association with Plaintiff; and

---

[1] "Plaintiff's Marks" refers to Plaintiff's trademark, service mark, and trade name "UNIVERSAL," "UNIVERSAL GREENS," and "UNIVERSAL GREENS AND FLOWERS," as well as all common law rights and goodwill associated therewith, represented hereby and appurtenant thereto.

2

    h. Using any domain name and/or email addresses bearing the name "Universal" or "Universal Flowers," including but not limited to "universalflowerscorp@gmail.com".

    i. Applying for any state or federal registration of the trade name, trademark, or service mark UNIVERSAL, UNIVERSAL FLOWERS, or UNIVERSAL FLOWERS, CORP., whether alone or as a part of a longer or composite identifier, or any other reproduction, counterfeit, copy or colorable imitation of Plaintiff's Mark.

  3. Defendant stipulates and agrees to the Plaintiff's lawful use and ownership over Plaintiff's Marks, and further stipulates and agrees that Plaintiff's Marks are valid and enforceable marks in connection with Plaintiff's products and services in the flowers and floral greens industry.

  4. In addition, the Joint Motion for Entry of Stipulated Consent Final Judgment, Permanent Injunction, and Order Approving Settlement Agreement, and the Settlement Agreement entered into between the parties is hereby approved, adopted, and ratified by the Court, and the parties are directed to abide by its terms, as well as the terms of the Settlement Agreement.

  5. This Court hereby retains jurisdiction solely for the purpose of enforcing the terms of the Settlement Agreement in all respects, as well as this Judgment.

  **DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this ____ day of May, 2013.

                 _____
                 K. MICHAEL MOORE
                 United States District Judge