# EXHIBIT B

# **EXHIBIT B**

### CONFIRMATION AND VERIFICATION OF TURNOVER OF
### INFRINGING MATERIALS TO UNIVERSAL GREENS AND FLOWERS

I, _____, as President and authorized representative of Universal Flowers, Corp. the ("Company"), make this affirmation and verification on behalf of the Company.

Pursuant to Paragraph 5 of the Settlement Agreement, effective as of_____, 2013, I hereby confirm and verify that the Company has turned over to Universal Greens and Flowers or its attorney, Tew Cardenas LLP, for destruction all signs, advertisements, stationery, letterheads, invoices, and any and all other materials in the possession or under the control of the Company bearing the designation UNIVERSAL, UNIVERSAL FLOWERS, or UNIVERSAL FLOWERS, CORP., and that the Company will not re-create, or cause recreation, of any signs, advertisements, stationery, letterheads, invoices, and any and all other materials bearing the designation UNIVERSAL, UNIVERSAL FLOWERS, or UNIVERSAL FLOWERS, CORP., or any other name or mark that is likely to cause confusion with Universal Greens and Flowers, as more fully set forth in the Settlement Agreement.

Pursuant to § 92.525, Fla. Stat., I declare under penalty of perjury under the laws of the State of Florida that the representations and provisions stated in this Confirmation and Verification are true and correct.

**Universal Flowers, Corp.**

By: _____

Title: _____

Dated: _____

Sign: _____

MIAMI:576075.1