# EXHIBIT C

# COVER LETTER

**TO:**   **Registration Section**
         **Division of Corporations**

**SUBJECT:**_____
           (Name of Mark to be cancelled)

The enclosed Application for the Cancellation of a Trademark and/or Service Mark and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to:

_____
(Contact Person)

_____
(Firm/Company)

_____
(Address)

_____
(City, State and Zip Code)

For further information concerning this matter, please call:

_____ at (_____)_____
(Name of Contact Person)          (Area Code and Daytime Telephone Number)

Enclosed is a check for the following amount:

❑ $50.00 Filing Fee            ❑ $102.50 Filing Fee and Certified Copy

STREET ADDRESS:                MAILING ADDRESS:
Registration Section           Registration Section
Division of Corporations       Division of Corporations
Clifton Building               P. O. Box 6327
2661 Executive Center Circle   Tallahassee, FL  32314
Tallahassee, FL  32301

CR2E077 (1/11)

## APPLICATION FOR THE CANCELLATION OF A
## TRADEMARK AND/OR SERVICE MARK

Pursuant to s. 495.101, Florida Statutes, the undersigned hereby submit(s) this application to cancel the following trademark and/or service mark registration:

1. Mark to be cancelled: _____

2. Registration Number: _____

3. Date of Registration: _____

4. Signature of Owner(s):

_____          _____
Owner's Signature                                         Co-Owner's Signature, if any

_____          _____
Typed or Printed Name of Person Signing Above   Typed or Printed Name of Person Signing Above

_____          _____
Typed or Printed Name of Owner                   Typed or Printed Name of Co-Owner

STATE OF _____

COUNTY OF _____

Sworn to and subscribed by me on n this _____ day of _____, 20_____, _____,
(Name of Individual Signing)

personally appeared before me, ❏ who is/are personally known to me or ❏ whose

identity (ies) I proved on the basis of_____.

_____
Notary Public's Signature

(Seal)

_____
Notary Public's Printed Name

My Commission Expires: _____

(Attach additional sheet if necessary)

Filing Fee:                              $50.00
Certified Copy (optional):    $52.50