IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-20878-KMM

UNIVERSAL GREENS CORP.,
a Florida corporation
d/b/a UNIVERSAL GREENS AND FLOWERS

    Plaintiff,

vs.

UNIVERSAL FLOWERS, CORP.,
a Florida corporation d/b/a UNIVERSAL FLOWERS,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR ENTRY OF STIPULATED CONSENT FINAL JUDGMENT, PERMANENT INJUNCTION, AND APPROVAL OF SETTLEMENT AGREEMENT

THIS CAUSE came before the Court upon the Parties' Joint Motion for Entry of Stipulated Consent Final Judgment, Permanent Injunction, and Approval of Settlement Agreement (ECF No. 10).  This matter is ripe for review.  UPON CONDSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Parties' Joint Motion for Entry of Final Judgment, Permanent Injunction, and Approval of Settlement Agreement (ECF No. 10) is GRANTED.  It is further

ORDERED AND ADJUDGED that

1. Final Judgment, which is effective immediately, is hereby entered in favor of Plaintiff and against Defendant.

2. Defendant and its employees, officers, agents, servants, members, confederates, affiliates, subsidiaries, independent contractors, successors, assigns and all those who act in concert or participation with it, are hereby permanently enjoined and restrained from:

a. Directly or indirectly using the designation and service mark UNIVERSAL and/or UNIVERSAL FLOWERS, or any other word or words spelled, arranged, or pronounced, or confusingly similar to Plaintiff's Mark,[1] whether alone or as a part of a longer or composite identifier (including but not limited to use in any advertising, invoices, stationery, directory listings, domain names, websites, including Facebook or any other form of social media or similar tool, internet metatags, keywords for internet search engines, post URL or forwarding commands, hyperlinks, and any other electronic and search terms) in commerce in connection with the activities of Defendant, or in the rendering of services or the sale of goods related to those of Plaintiff;

b. Otherwise infringing on Plaintiff's Mark;

c. Advertising, marketing or selling any product or service in commerce or any internet domain name under the name or mark "UNIVERSAL" or "UNIVERSAL FLOWERS," or any phrases which are spelled, arranged or pronounced similarly to those phrases;

d. Competing unfairly with Plaintiff through the use of any word, symbol or device that is confusingly similar to Plaintiff's Mark and further diluting and/or infringing all of Plaintiffs' Intellectual Property and damaging Plaintiffs' goodwill and reputation;

e. Passing off any of Defendant's goods or services as those of Plaintiff's;

f. Engaging in any conduct likely to cause confusion or misunderstanding as to the source or sponsorship of Defendant's goods and/or services;

g. Engaging in any conduct that is calculated or likely to cause confusion or misunderstanding as to Defendant's affiliation, connection or association with Plaintiff;

---

[1] "Plaintiff's Marks" refers to Plaintiff's trademark, service mark, and trade name "UNIVERSAL," "UNIVERSAL GREENS," and "UNIVERSAL GREENS AND FLOWERS," as well as all common law rights and goodwill associated therewith, represented hereby and appurtenant thereto.

      h. Using any domain name and/or email addresses bearing the name "Universal" or "Universal Flowers," including but not limited to "universalflowerscorp@gmail.com;"

      i. Applying for any state or federal registration of the trade name, trademark, or service mark UNIVERSAL, UNIVERSAL FLOWERS, or UNIVERSAL FLOWERS, CORP., whether alone or as a part of a longer or composite identifier, or any other reproduction, counterfeit, copy or colorable imitation of Plaintiff's Mark.

3. Defendant stipulates and agrees to the Plaintiff's lawful use and ownership over Plaintiff's Marks, and further stipulates and agrees that Plaintiff's Marks are valid and enforceable marks in connection with Plaintiff's products and services in the flowers and floral greens industry.

4. In addition, the Joint Motion for Entry of Stipulated Consent Final Judgment, Permanent Injunction, and Approval of Settlement Agreement, and the Settlement Agreement entered into between the parties is hereby approved, adopted, and ratified by the Court, and the parties are directed to abide by its terms, as well as the terms of the Settlement Agreement.

5. This Court hereby retains jurisdiction solely for the purpose of enforcing the terms of the Settlement Agreement in all respects, as well as this Judgment.

LET EXECUTION ISSUE.  The Clerk of Court is instructed to CLOSE this Case.  All pending motions not otherwise ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this  4th  day of June, 2013.

                                                                  _____
                                                                  K. MICHAEL MOORE
                                                                  UNITED STATES DISTRICT JUDGE

cc:     All counsel of record